LEO FINKELMAN, Appellant, v. HYMAN RUBIN, Respondent.— Order changing place of trial and consolidating actions affirmed, with ten dollars costs and dis-

---

* Affd., 249 N. Y. 597.

bursements. No opinion. Lazansky, P. J., Kapper, Hagarty, Seeger and Scudder, JJ., concur.